González *v.* Lecaroz et al.

Apelación procedente de la Corte de Distrito de Aguadilla.

No. 197.—Resuelto en diciembre 21, 1907.

Apelación—Decisión no Justificada por la Prueba.—La cuestión de si la decisión está ó no justificada por la prueba, no podrá considerarse en la apelación si ésta no se hubiera interpuesto dentro de los quince días siguientes al pronunciamiento de la sentencia.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Largé.*

Abogado del apelado: *Sr. Franco Soto.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

La presente es una acción reivindicatoria entablada con el fin de que se declarasen nulas y sin efecto ciertas inscripciones en el registro de la propiedad. Había una demanda y una contra-demanda en el caso, y la corte inferior sostuvo la demanda y desestimó la contra-demanda.

De los autos aparece que en el presente caso existen cuestiones respecto á la identidad de bienes, y cuestiones referentes á documentos inscritos en el registro de la propiedad, y la destrucción y reedificación de una casa. Para resolver estas y otras cuestiones, sometida á la corte inferior, sería preciso considerar la prueba. La sentencia de la corte inferior fué dictada el 31 de julio de 1907, é inscrita el 1º. de agosto de 1907. Se interpuso el recurso de apelación el 30 de agosto del mismo año. Los abogados de las partes no informaron oralmente en este tribunal, sino sometieron el caso mediante

alegatos por escrito. Los apelados alegan que este tribunal no puede considerar la prueba, puesto que se interpuso el recurso más de quince días después de dictada la sentencia, y los abogados citan el caso de *Valentín Román* v. *American Railroad Co. of Porto Rico.* Con posterioridad á la resolución de dicho caso, esta corte ha vuelto á interpretar la ley en el mismo sentido, en el caso de *Sucesores de Olivas & Ca.* v. *J. Matienzo & Co.;* (véase también el caso de *Maisonave* v. *Maisonave.*)

Por estas razones, esta corte no puede examinar la prueba presentada en el presente caso. La sentencia parece haber sido dictada en debida forma, y no existe nada en las alegaciones que se hace motivo de objeción por los apelantes.

Además, aparece suficientemente de las alegaciones que el demandante tenía derecho á que se dictara sentencia á su favor, puesto que había presentado un expediente posesorio en el registro de la propiedad, y los demandados no podían valerse con éxito de su reclamación contra la parte que había vendido la propiedad al demandante y de su inscripción á nombre de dicha parte vendedora, en virtud de un título antiguo. Así es que parece que el presente caso se halla comprendido dentro de las disposiciones del artículo 17 de la Ley Hipotecaria, y, según las alegaciones, parece que el demandante tiene derecho al auxilio que trata de conseguir.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.